IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 29 P 2: 16

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

CASE NO.: CR205-03

JAMES EDWARD ROHRBACK

## ORDER

Upon oral motion of the United States of America, the captioned case is **DISMISSED**, without prejudice.

**SO ORDERED**, this 29th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)